283 F. 2d 518
 FORTUNA-WERKE SPEZIALMASCHINENFABRIK AKTIENGESELLSCHAFT, Appellant
v.
MANUFACTURERS SUPPLIES CO.
 No. 16295.
 United States Court of Appeals Eighth Circuit.
 Sept. 8, 1960.
 
 1
 Appeal from the United States District Court for the eastern District of Missouri.
 
 
 2
 Jennings Bailey, Jr., Washington, D.C., Edmund C. Rogers and Estill E. Ezell, St. Louis, Mo., for appellant.
 
 
 3
 John H. Sutherland, St. Louis, Mo., for appellee.
 
 
 4
 PER CURIAM,
 
 
 5
 Appeal from District Court dismissed on request of appellant.